FILED

2013 AUG 30  PM 4: 03

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:

1  Timothy L. Salmas
2  12823 Maxwell Dr
   Tustin, CA 92782
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION
11
12

13 | Timothy L. Salmas,

14 |        Plaintiff,                    Case No.: SACV13- 00678 JVS (JCGx)

15 | vs.                                  PROOF OF SERVICE

16 | VELOCITY INVESTMENTS, LLC D.B.A.
17 | VELOCITY PORTFOLIO GROUP, INC.,
18
19 |        Defendant.

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Timothy L. Salmas <br> *Plaintiff(s)* <br> v. <br> Velocity Investments, LLC D.B.A. Velocity Portfolio Group, Inc. <br> *Defendant(s)* | Civil Action No. 8:13-cv-00678-JVS(JCGx) |

## FIRST AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> VELOCITY INVESTMENTS, LLC
> 1800 ROUTE 34N SUITE 404A
> WALL, NJ 07719

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Timothy L. Salmas
> 12823 Maxwell Dr
> Tustin, California 92782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the first amended complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/29/2013

*Signature of Clerk or Deputy Clerk*

1146

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:13-cv-00678-JVS-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Velocity Investments LLC
was received by me on *(date)* 8/30/13.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kristina Vingara, who is designated by law to accept service of process on behalf of *(name of organization)* Velocity Investments LLC on *(date)* 8/30/13 @ 11:25 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Kristina Vingara is the Service Manager for Velocity Investments LLC

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/30/13

Server's signature: John Perez

Printed name and title

78 Sandy Island Drive, Brick NJ 08723
Server's address

Additional information regarding attempted service, etc: