# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| TIMOTHY L. SALMAS, <br><br> Plaintiff, <br><br> vs. <br><br> VELOCITY INVESTMENTS, LLC D.B.A. VELOCITY PORTFOLIO GROUP, INC., <br><br> Defendant. | Case No. SACV 13-00678 JVS (JCGx) <br><br> (Assigned to the Honorable James V. Selna Courtroom "10C") <br><br> **[ORDER IN SUPPORT OF EX PARTE APPLICATION OF DEFENDANT VELOCITY INVESTMENTS, LLC FOR ORDER CONTINUING HEARING DATE ON SUMMARY JUDGMENT MOTION AND SCHEDULING CONFERENCE FOR ONE WEEK OR NEXT AVAILABLE DATE ON COURT'S CALENDAR** <br><br> Action Filed:    April 30, 2013 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Having received and reviewed the motion and supporting papers of Defendant VELOCITY INVESTMENTS, LLC ("Velocity"), as well as opposing papers of the other parties to this action and good cause having been shown, this Court rules as follows:

1

**[PROPOSED] ORDER IN SUPPORT OF EX PARTE APPLICATION OF DEFENDANT VELOCITY INVESTMENTS, LLC FOR ORDER CONTINUING HEARING DATE ON SUMMARY JUDGMENT MOTION**

31514640v1 0930131

GOOD CAUSE APPEARING, it is hereby ordered that the hearing date on Velocity's motion for summary judgment and the parties scheduling conference for this matter be moved from November 25, 2013 to December 16, 2013, at 1:30 p.m..

**IT IS SO ORDERED.**

DATED: November 20, 2013          UNITED STATES DISTRICT COURT

_____
The Honorable James V. Selna

2

**[PROPOSED] ORDER IN SUPPORT OF EX PARTE APPLICATION OF DEFENDANT VELOCITY INVESTMENTS, LLC FOR ORDER CONTINUING HEARING DATE ON SUMMARY JUDGMENT MOTION**

31514640v1 0930131

# CERTIFICATE OF SERVICE

*Timothy L. Salmas v. Velocity Investments, LLC d.b.a. Velocity Portfolio Group, Inc.*
**Case No. SACV 13-cv-00678-JVS(JCGx)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On **November 19, 2013**, I served the document(s) entitled, **[PROPOSED] ORDER IN SUPPORT OF EX PARTE APPLICATION OF DEFENDANT VELOCITY INVESTMENTS, LLC FOR ORDER CONTINUING HEARING DATE ON SUMMARY JUDGMENT MOTION AND SCHEDULING CONFERENCE FOR ONE WEEK OR NEXT AVAILABLE DATE ON COURT'S CALENDAR**, on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**Timothy Salmas                               PRO SE**
**12823 Maxwell Drive**
**Tustin, CA 92782**
**Email: timothysalmas@gmail.com**

☒ **(BY MAIL)**:    I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY HAND DELIVERY)**:    I caused such documents (s) to delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

☐ **(VIA OVERNIGHT MAIL)**:    I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☒ **(BY ELECTRONIC MAIL)**:    By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY CM/ECF SERVICE)**:    I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on November 19, 2013, at Los Angeles, California.

Executed on **November 19, 2013**, at Los Angeles, California.

_____
Robin Mojica