# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| TIMOTHY L. SALMAS,<br><br>      Plaintiff,<br><br>      vs.<br><br>VELOCITY INVESTMENTS, LLC D.B.A. VELOCITY PORTFOLIO GROUP, INC.,<br><br>      Defendant. | Case No. SACV 13-00678 JVS (JCGx)<br><br>(Assigned to the Honorable James V. Selna Courtroom "10C")<br><br>**JUDGMENT IN FAVOR OF VELOCITY INVESTMENTS, LLC**<br><br>(Filed Concurrently with Notice of Lodging)<br><br>Action Filed:      April 30, 2013 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

On December 16, 2013, the Court adopted its tentative ruling as the Order of the Court and granted the motion for summary judgment submitted herein by Defendant VELOCITY INVESTMENTS, LLC ("VELOCITY") to the Complaint of Plaintiff Timothy L. Salmas.

1  Based upon the preceding, IT IS HEREBY ORDERED, ADJUDGED AND
2  DECREED that this action is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.
3  Judgment is hereby entered in favor of VELOCITY and against Plaintiff.  Plaintiff
4  shall recover nothing from VELOCITY.

8  DATED:  December 30, 2013

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT